UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY LANSDEN, KAREN HAUGEN, P.L., a minor child, and MAY LANSDEN,<br><br>  Plaintiffs,<br><br>  v.<br><br>MOLLY FIELDS, CITY OF UNION GAP, LARRY WORDEN, ROBERT ALMEIDA, SHAWN JAMES, ED LEVESQUE, L. McKINLEY, H. RIVERA, CHASE KELLOGG, and JOHN DOES one through five,<br><br>  Defendants. | NO. CV-05-3109-RHW<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS OF PLAINTIFF TRACY LANDSEN** |

Before the Court is Plaintiff Tracy Lansden's and Defendant City of Union Gap's and the individual Union Gap police officer Defendants' Motion for Dismissal of Claims of Plaintiff Tracy Landsen (Ct. Rec. 41). Previously, the above-listed Defendants filed a Motion for Partial Summary Judgment regarding the claims of Tracy Landsen (Ct. Rec. 36). The parties agree that the Defendants' Motion for Partial Summary Judgment against Plaintiff Tracy Lansden should be granted and all claims asserted by Plaintiff against the Defendants should be dismissed with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Joint Motion for Dismissal of Claims of Plaintiff Tracy Landsen

**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS OF PLAINTIFF TRACY LANDSEN** ~ 1

(Ct. Rec. 41) is **GRANTED**.

2. The Motion for Partial Summary Judgment of City of Union Gap, Larry Worden, Robert Almeida, Shawn James, Ed Levesque, Stace McKinley, Hector Rivera, and Chase Kellogg Regarding Claims of Tracy Landsen (Ct. Rec. 36) is **GRANTED**.

3. The hearing on the Defendants' Motion for Partial Summary Judgment set for October 12, 2006, is **stricken**.

4. The claims asserted by Plaintiff Tracy Landsen against Defendant City of Union Gap and the individual Union Gap police officer Defendants are **dismissed with prejudice**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 11th day of September, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Lansden\dismiss.tracy.wpd

**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS OF PLAINTIFF TRACY LANDSEN ~ 2**