UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN HAUGEN, P.L., a minor child, and MAY LANSDEN,<br><br>Plaintiffs,<br><br>v.<br><br>MOLLY FIELDS, CITY OF UNION GAP, LARRY WORDEN, ROBERT ALMEIDA, SHAWN JAMES, ED LEVESQUE, L. McKINLEY, H. RIVERA, CHASE KELLOGG, and JOHN DOES one through five,<br><br>Defendants. | NO. CV-05-3109-RHW<br><br>**ORDER STRIKING COURT RECORDS**; **WITHDRAWING MOTION; GRANTING MOTION TO DISMISS** |

Before the Court are two documents that were received by the Court on February 12, 2008. Both documents are *pro se* filings by persons who are represented by counsel. Pursuant to LR 83.2, a party having appeared by an attorney may not thereafter appear or act *pro se* in the cause.

Also, Plaintiff's counsel had sought the assistance of the Court regarding the acceptance of the proposed settlement offer made to Plaintiff May Lansden. In a response filed on January 30, 2008, Plaintiff's counsel indicated to the Court that he was able to make phone contact with Plaintiff May Lansden; therefore, it was no longer necessary to seek Court approval of the settlement. Plaintiff's counsel asks that the motion seeking court approval be withdrawn.

Finally, on February 21, 2008, Plaintiffs and the Union Gap Defendants filed

**ORDER STRIKING COURT RECORDS**; **WITHDRAWING MOTION; GRANTING MOTION TO DISMISS** ~ 1

a motion asking that the claims asserted against them be dismissed with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. Settlement Refusal/Counter Offer as per Document 172-2 (Ct. Rec. 201) is **STRICKEN**.

2. Settlement Refusal/Counter Offer as per Document 199 (Ct. Rec. 202) is **STRICKEN**.

3. Plaintiff's Motion for Order Approving Proposed Settlement of Plaintiffs' Claims Against Union Gap Defendants (Ct. Rec. 172) is **WITHDRAWN**.

4. The parties' Stipulated Motion for Dismissal with Prejudice of Claims of Plaintiffs Karen Haugen and P.L. Against Union Gap Defendants (Ct. Rec. 200) is **GRANTED**.

5. The claims of Plaintiffs Karen Haugen and P.L. against Defendant City of Union Gap and the Defendant Union Gap police officers (Larry Worden, Shawn James, Robert Almeida, Ed Levesque, Stace McKinley, Hector Rivera and Chase Kellog) are **DISMISSED** with prejudice and without costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 4th day of March, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Haugen Lansden\strike2.wpd

**ORDER STRIKING COURT RECORDS**; **WITHDRAWING MOTION; GRANTING MOTION TO DISMISS ~ 2**