UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN HAUGEN, P.L., a minor child, and MAY LANSDEN,<br><br>Plaintiffs,<br><br>v.<br><br>MOLLY FIELDS, CITY OF UNION GAP, LARRY WORDEN, ROBERT ALMEIDA, SHAWN JAMES, ED LEVESQUE, L. McKINLEY, H. RIVERA, CHASE KELLOGG, and JOHN DOES one through five,<br><br>Defendants. | NO. CV-05-3109-RHW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; SETTING STATUS CONFERENCE** |

On May 12, 2008, Magistrate Judge Imbrogno issued a Report and Recommendation recommending that this matter be scheduled for trial and that the Guardian ad Litem (GAL) be paid $535.80 from the Court's non-appropriate fund. On May 13, 2008, Marcus Fry, the Guardian ad Litem for May Lansden, filed an objection based on an alleged error in calculating the Guardian ad Litem's fees and costs. The Court agrees that the total amount of fees should be $1,075.80. As there are no other objections, the Court adopts the Report and Recommendation, with the above-noted correction.

In reviewing the court docket, it is the Court's understanding that the only remaining claims in the above-captioned proceedings are as follows:

- Plaintiff Haugen claim of violation of her right to family integrity and association against Defendant Molly Fields

**ORDER ADOPTING REPORT AND RECOMMENDATION; SETTING STATUS CONFERENCE ~ 1**

1 • Plaintiff P.L.'s right to family integrity and association against Defendant Molly Fields

2 • May Lansden's claims against the Union Gap Defendants.

Accordingly, **IT IS HEREBY ORDERED**:

1. That the GAL costs and fees of $1,075.80 be paid to GAL Fry from the Court's non-appropriated fund.

2. A jury trial is set for **December 8, 2008**, in Yakima, Washington.

3. A telephonic pretrial conference is set for **November 20, 2008**, at **9:30 a.m.**, in Spokane, Washington. The parties are directed to dial the court conference line, (509) 458-6380, at the appropriate time.

4. Within 30 days from the date of this order, the parties are directed to file a status certificate. The parties should indicate the status of discovery, the anticipated length of trial, and any other matters that need to be addressed by the Court. A scheduling order will be issued after the Court has reviewed the certificate.

5. The District Court Executive is directed to send a copy of this order, together with a copy of Magistrate Judge Imbrogno's Report and Recommendation, to Adult Protective Services for the State of Washington.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and Magistrate Judge Imbrogno.

**DATED** this 27th day of June, 2008.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Haugen Lansden\adoptrr.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION; SETTING STATUS CONFERENCE ~ 2**