1

2

3

4

5

6            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
7

8    KAREN HAUGEN, P.L., a minor
     child, and MAY LANSDEN,
9
          Plaintiffs,                         NO.  CV-05-3109-RHW
10
          v.
11                                            **ORDER GRANTING PLAINTIFF**
     MOLLY FIELDS, CITY OF                    **MAY LANDSEN'S UNOPPOSED**
12   UNION GAP, LARRY WORDEN,                 **MOTION FOR VOLUNTARY**
     ROBERT ALMEIDA, SHAWN                    **DISMISSAL WITHOUT**
13   JAMES, ED LEVESQUE, L.                   **PREJUDICE OF HER CLAIMS**
     McKINLEY, H. RIVERA, CHASE
14   KELLOGG, and JOHN DOES one
     through five,
15
          Defendants.
16

17        Before the Court is Plaintiff May Lansden's Unopposed Motion for

18   Voluntary Dismissal Without Prejudice of Her Claims (Ct. Rec. 225).  The motion

19   was heard without oral argument.

20        Counsel for Plaintiff May Lansden asks that her claims be dismissed without

21   prejudice.  As the record reflects, communication between Plaintiff and her

22   counsel, James Lobsenz, has been difficult, due in part because of Plaintiff's

23   relationship with her grandson, Tracy Lansden.  Mr. Lansden, who was initially a

24   Plaintiff in the action, has attempted on numerous times to interject himself into the

25   proceedings by filing documents on behalf of May Lansden.  Previously, Mr.

26   Lobsenz had negotiated a settlement with the City of Union Gap Defendants,

27   which Marcus J. Fry, Guardian ad Litem for May Lansden, concluded was a fair

28
     **ORDER GRANTING PLAINTIFF MAY LANDSEN'S UNOPPOSED**
     **MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF**
     **HER CLAIMS** ~ 1

1  and acceptable offer.  Because Tracy Lansden had since obtained power of attorney

2  over the affairs of May Lansden, Magistrate Judge Imbrogno concluded that the

3  settlement offer should be rejected and the case set for trial.  The Court adopted the

4  Report and Recommendations of Magistrate Imbrogno and trial is currently set for

5  December 8, 2008.  In the meantime, Mr. Lobsenz attempted to communicate with

6  Mr. Lansden and May Lansden in order to secure May Lansden's presence at the

7  December 8, 2008, trial.  Neither one has responded to Mr. Lobsenz's

8  communications.

9         The Court finds that good cause exists to grant Plaintiff's motion.  Tracy

10  Lansden had indicated that he intends to obtain substitute counsel and there is

11  nothing in the record that would indicate that he intends to cooperate with Mr.

12  Lobsenz in securing May Lansden's presence at trial.  The Union Gap Defendants

13  have stipulated to extending the statute of limitations by a period of one year;

14  therefore, Plaintiff would not be prejudiced by granting the motion.

15        Additionally, because Tracy Lansden has power of attorney, it is not

16  necessary to obtain the opinion of Marcus Fry.

17         Accordingly, **IT IS HEREBY ORDERED**:

18        1. Plaintiff May Lansden's Unopposed Motion for Voluntary Dismissal

19  Without Prejudice of Her Claims (Ct. Rec. 225) is **GRANTED**.

20        2. Marcus Fry is hereby discharged from his duties as Guardian ad Litem

21  for May Lansden.

22        3. The claims asserted by Plaintiff May Lansden against the Union Gap

23  Defendants are **dismissed** without prejudice.

24        4. Plaintiff May Lansden and the Union Gap Defendants are **dismissed** .

25  ///

26  ///

27  ///

28
**ORDER GRANTING PLAINTIFF MAY LANDSEN'S UNOPPOSED
MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF
HER CLAIMS** ~ 2

1   **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

2   Order and forward copies to counsel and Tracy Lansden.

3   **DATED** this 25th day of September, 2008.

4   *S/ Robert H. Whaley*

5   ROBERT H. WHALEY
Chief United States District Judge

6

7

Q:\CIVIL\2005\Haugen Lansden\dismiss.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING PLAINTIFF MAY LANDSEN'S UNOPPOSED
MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF
HER CLAIMS** ~ 3