UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN HAUGEN, and P.L., a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>MOLLY FIELDS,<br><br>Defendant. | NO. CV-05-3109-RHW<br><br>**ORDER DIRECTING THAT JUDGMENT BE ENTERED AND STAYING TRIAL** |

On September 11, 2008, the Court denied Plaintiff's Motion for Entry of Judgment under Rule 54(b). Since that time, the Court dismissed Plaintiff May Lansden from the case. The only remaining issue for trial is whether Plaintiff Haugen's Fourteenth Amendment right to family integrity and association and P.L.'s Fourth Amendment rights were violated when P.L was subjected to a medical examination.

On October 27, 2008, a telephonic hearing was held. Plaintiffs were represented by James Lobsenz; Defendant was represented by John McIlhenny, Jr. The parties asked the Court to enter judgment under Rule 54(b) and stay the trial, given that the claims against May Lansden have been dismissed by the Court. The Court finds that there is no just reason for delay and directs that judgment be entered in favor of Defendant Molly Fields.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court finds that there is no just reason for delay, pursuant to Fed. R. Civ. P. 54(b).

2. The District Court Executive is directed to enter judgment in favor of

**ORDER DIRECTING THAT JUDGMENT BE ENTERED AND STAYING TRIAL** ~ 1

Defendant Molly Fields for the following claims:

    a.    Plaintiff's Fourteenth Amendment procedural due process claims for lack of notice to the parents;

    b.    Plaintiff's First Amendment retaliation claims;

    c.    Plaintiff's malicious prosecution claim; and

    d.    Plaintiff's Fourteenth and Fourth Amendment claims for execution of the search warrant and seizure of P.L.

3.    The Court strikes the jury trial set for December 8, 2008. The parties are directed to file a status certificate with the Court after the Ninth Circuit rules on Plaintiff's appeal.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 29TH day of October, 2008.

        *S/ Robert H. Whaley*
        ROBERT H. WHALEY
        Chief United States District Judge

Q:\CIVIL\2005\Haugen Lansden\grant.stay.wpd

**ORDER DIRECTING THAT JUDGMENT BE ENTERED AND STAYING TRIAL** ~ 2