AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

KAREN HAUGEN, and P.L.,
a minor child,
        Plaintiffs,

        v.

MOLLY FIELDS,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-3109-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant Molly Fields for the following claims:

a. Plaintiff's Fourteenth Amendment procedural due process claims for lack of notice to the parents;
b. Plaintiff's First Amendment retaliation claims;
c. Plaintiff's malicious prosecution claim; and
d. Plaintiff's Fourteenth and Fourth Amendment claims for execution of the search warrant and seizure of P.L.

11/17/08
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*
Renea Ferrante